UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAMES MILLER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. EDCV 17-2518 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 10, 2018

　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge